STATE OF MONTANA,
    Plaintiff,                           No.  DC-98-131
 vs.                                  Decision

**DERRICK E. STEILMAN,**
  **Defendant.**

On October 15, 1999, the defendant was sentenced to one hundred (100) years in the Montana State Prison, plus an additional ten (10) years for the use of a weapon in the commission of the underlying offense, to run consecutively. The defendant shall be ineligible for parole or participation in a supervised release program during the entire 110-year term of imprisonment.

On March 3, 2000, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present, via telephone, and was represented by Brad Belke. The state was represented by Brad Newman.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive."

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 3rd day of March, 2000.

DATED this 28th day of March, 2000.

Chairman, Hon. Jeffrey H. Langton, Member, Hon. Marge Johnson, Member, Hon. David Cybulski.